UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS BARRET LAURENCE,

                Plaintiff,

-against-

FEDERAL BUREAU OF PRISONS,

                Defendant.

1:20-CV-0072 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 26, 2020, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* and prisoner authorization or pay the $400.00 in relevant fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 26, 2020
            New York, New York

                                        COLLEEN McMAHON
                                    Chief United States District Judge